KEVIN P. ROONEY California State Bar #107554
OF COUNSEL HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Andres Nunez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br><br>ANDRES NUNEZ,<br><br>           Defendant. | Case No.: 1:21-CR-186 JLT/SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

　　　　IT IS HEREBY STIPULATED by and between Kevin P. Rooney, the attorney for defendant Andres Nunez, and Justin Gilio, Assistant United States Attorney, that the sentencing date in this case will be continued and the briefing schedule will be as follows:

　　　　January 20, 2023 – Defense Sentencing Brief filed

　　　　January 30, 2023 – Government Sentencing Brief filed

　　　　February 6, 2023 – Sentencing Date

IT IS SO STIPULATED.

Dated: January 13, 2023　　　　　　　　　　/s/ Kevin P. Rooney
　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. ROONEY
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Andres Nunez


Dated: January 13, 2023　　　　　　　　　　/s/ JUSTIN A. Gilio
　　　　　　　　　　　　　　　　　　　　　　　 JUSTIN A. Gilio
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**ORDER**

IT IS SO ORDERED. The following schedule shall apply in this case:

January 20, 2023 – Defense Sentencing Brief filed

January 30, 2023 – Government Sentencing Brief filed

February 6, 2023 – Sentencing Date

IT IS SO ORDERED.

Dated: __**January 13, 2023**__                    _____
UNITED STATES DISTRICT JUDGE