PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ALYSON A. BERG
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00186-JLT-SKO |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| ANDRES NUNEZ, | |
| Defendant. | |

Based upon the guilty plea entered by defendant Andres Nunez and the Stipulation and Application for a Preliminary Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), Andres Nunez's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

    a. a Glock-style pistol, with no serial number and all seized ammunition.

3. The above-listed property constitutes a firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 924(c)(1)(A)(i).

4. The defendant Andres Nunez waived oral pronouncement of forfeiture at the time of sentencing and any defects in such pronouncement that pertain to forfeiture and waives any defenses to forfeiture.

///

Preliminary Order of Forfeiture

5. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security or U.S. Customs and Border Protection, or their designee, in its secure custody and control.

6. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **January 20, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE