Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ANDRES NUNEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00186-JLT-BAM |
| Plaintiff, | REQUEST TO EXONERATE APPEARANCE AND COMPLIANCE BOND; ORDER THEREON |
| vs. | |
| ANDRES NUNEZ, | |
| Defendant. | |

Defendant ANDRES NUNEZ, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests this Court exonerate the security which formerly secured the appearance of Mr. Nunez during his pre-trial release and post-sentencing.

A secured bond of $150,000.00 was posted by Mr. Nunez and his third-party custodian, Federico Nunez, on July 22, 2021 (Docket #13). Mr. Nunez was released from custody with release conditions. A Change of Plea Hearing was held October 7, 2022 where Mr. Nunez pleaded guilty to Counts One and Two of the Complaint.

On February 6, 2023, Mr. Nunez was sentenced by the Honorable Jennifer L. Thurston to 84 months in custody and 72 months supervised release. He has since reported and is in BOP custody according to the BOP inmate locator website, pursuant to the judgment entered on February 6, 2022.

///

Mr. Nunez respectfully requests the Court exonerate the secured bond of $150,000.00 which formerly secured Mr. Nunez's appearance in Case No. 1:21-cr-00186-JLT-BAM.

Dated: June 6, 2023 /s/ Kevin Rooney
Kevin P. Rooney
Attorney for Defendant,
Andres Nunez

**ORDER**

IT IS ORDERED THAT, the above request for the Court to exonerate all security pledged on behalf of Andres Nunez in this case, more specifically the secured bond for $150,000.00, is hereby granted and all such security is exonerated and shall be returned to its owner.

IT IS SO ORDERED.

Dated:   **June 7, 2023**

UNITED STATES MAGISTRATE JUDGE