Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ANDRES NUNEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00186-JLT-BAM |
| Plaintiff, | SECOND AMENDED REQUEST TO EXONERATE PROPERTY BOND AND ALL SECURITY PLEDGED IN THS CASE AND TO RETURN DEFENDANT'S PASSPORT; ORDER THEREON |
| vs. | |
| ANDRES NUNEZ, | |
| Defendant. | |

Defendant ANDRES NUNEZ, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests this Court exonerate the security which formerly secured the appearance of Mr. Nunez during his pre-trial release and post-sentencing.

A secured property bond of $150,000.00 was posted by Mr. Nunez and his third-party custodian, Federico Nunez, on July 22, 2021. Mr. Nunez was released from custody with release conditions. A Change of Plea Hearing was held October 7, 2022 and Mr. Nunez entered a guilty plea. On February 6, 2023, Mr. Nunez was sentenced by the Honorable Jennifer L. Thurston.

Mr. Nunez has reported to serve his sentence and is in BOP custody according to the BOP inmate locator website.

///

///

1

Mr. Nunez respectfully requests the Court exonerate the secured property bond of $150,000.00, corresponding to the Deed of Trust and related documents recorded in Fresno County Recorder's records on July 21, 2021 as 2021-0118772, which formerly secured Mr. Nunez's appearance in Case No. 1:21-cr-00186-JLT-BAM; and order the formerly encumbered property to be reconveyed.

On July 9, 2021, Mr. Nunez provided his passport to the Court Clerk. Mr. Nunez respectfully requests the Court to order that his passport be returned to his counsel

Dated: June 9, 2023     /s/ Kevin Rooney
                         Kevin P. Rooney
                         Attorney for Defendant,
                         Andres Nunez

### **ORDER**

IT IS ORDERED THAT, the above request for the Court to exonerate all security pledged on behalf of Andres Nunez in this case, more specifically the secured property bond for $150,000.00, corresponding to the Deed of Trust and related documents recorded in Fresno County Recorder's records as 2021-0118772, which formerly secured Mr. Nunez's appearance in Case No. 1:21-cr-00186-JLT-BAM is hereby granted; and all security in this case is exonerated and shall be returned and the real property reconveyed to its owner.

IT IS FURTHER ORDERED THAT, Mr. Nunez' passport shall be returned by the Court Clerk to Mr. Nunez counsel, Attorney Kevin P. Rooney.

IT IS SO ORDERED.

Dated:   **June 9, 2023**

UNITED STATES MAGISTRATE JUDGE